UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NAVARRO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GASLAMP TAVERN LLC d/b/a GASLAMP TAVERN, BAHYAG INC., and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 18-cv-1725-WQH-WVG<br><br>**ORDER** |

HAYES, Judge:

　　The matter before the Court is the review of the Report and Recommendation issued by United States Magistrate Judge William V. Gallo (ECF No. 36), pursuant to Plaintiff and Defendant Gaslamp Tavern LLC d/b/a Gaslamp Tavern's Joint Motion of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) (EFC No. 27), recommending that the Parties' request that the above-captioned action be dismissed with prejudice as to all parties be granted.

　　The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The

district court need not review de novo those portions of a Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the Parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 36) is adopted in its entirety. The Joint Motion of Dismissal (ECF No. 27) is GRANTED. This action is DISMISSED with prejudice as to all parties, including Does 1 through 10. Each Party shall bear its own attorneys' fees and costs.

Dated: September 4, 2019

Hon. William Q. Hayes
United States District Court